```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    KERRY C. O'NEILL
 4  Assistant United States Attorneys
    Major Frauds Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3289
 7       Facsimile: (213) 894-6269
         E-mail: kerry.oneill@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
OCT 21 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

1:09-mj-00270-GSA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-00978 |
| Plaintiff, | [PROPOSED] ORDER UNSEALING REDACTED INDICTMENT AND RELATED PLEADINGS |
| v. | |
| MARIA MORENO | [UNDER SEAL] |
| Defendant. | |

ORDER

Pursuant to Federal Rule of Criminal Procedure 6(e)(4) and the government's request to unseal the redacted indictment and arrest warrant for defendant Maria Moreno, and for good cause shown, IT IS HEREBY ORDERED THAT the redacted indictment and the

-1-

1  arrest warrant for defendant Maria Moreno in the above-titled
2  case be unsealed as of October 21, 2009.
3      At the time that the redacted indictment is unsealed, the
4  original indictment bearing the signature of the Grand Jury
5  foreperson shall remain sealed, and only copies of the
6  superseding indictment with the foreperson's signature redacted
7  may be distributed publicly. This order and the government's ex
8  parte request shall remain under seal.

11  DATED: 10-21-09    _____
                       UNITED STATES MAGISTRATE JUDGE

-2-

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | **CR** |
| v. | | 2 |
| **MARIA NELA MORENO** | Defendant(s) | **WARRANT FOR ARREST UNDER SEAL** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest __MARIA NELA MORENO__

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):   ☐Complaint   ■Indictment
☐Information     ☐Order of Court    ☐Probation Violation Petition     ☐Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Commit Health Care Fraud;
Health Care Fraud;
Causing an Act to be Done**

in violation of Title **18:**  United States Code, Section(s) **1349:1347:2(b):**

| Terry Nafisi | September 25, 2009    LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY:   **SUZANNE H. SEGAL** |
| | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                                                                    PAGE 1 OF 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America Plaintiff(s) | CASE NUMBER: **CR** |
|---|---|
| v.  MARIA NELA MORENO  Defendant(s) | **WARRANT FOR ARREST UNDER SEAL** |

2

### ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| DATE OF BIRTH: 1953 | | PLACE OF BIRTH: | | SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO. | ISSUING STATE |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME:  **HHS - Health and Human Services** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES:

**WARRANT FOR ARREST**

CR-12 (07/04)   PAGE TWO